**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>    Jacqueline L Sullivan<br><br>Debtor(s) | Case No. 12-43836 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/03/2012.

2) The plan was confirmed on 05/10/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/18/2013.

5) The case was converted on 10/23/2013.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,750.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $6,020.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$6,020.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $772.15 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $234.78 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,006.93** |

Attorney fees paid and disclosed by debtor:   $1,016.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 2ND WIND EXCERCISE EQUIP | Unsecured | 0.00 | 1,310.18 | 1,310.18 | 0.00 | 0.00 |
| A ALLIANCE COLLECTION | Unsecured | 21,787.00 | NA | NA | 0.00 | 0.00 |
| A ALLIANCE COLLECTION | Unsecured | 21,000.00 | NA | NA | 0.00 | 0.00 |
| A ALLIANCE COLLECTION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 4,975.00 | 4,985.94 | 4,985.94 | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | NA | 18,155.39 | 18,155.39 | 0.00 | 0.00 |
| BILL ME LATER | Unsecured | 3,680.10 | NA | NA | 0.00 | 0.00 |
| BUTTERFIELD MANOR CONDO ASSC | Secured | 3,870.75 | 3,870.75 | 3,870.75 | 267.22 | 0.00 |
| CACH LLC | Unsecured | 5,888.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 2,495.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 391.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE LLC | Unsecured | 2,495.00 | 2,495.40 | 2,495.40 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE LLC | Unsecured | 398.00 | 399.93 | 399.93 | 0.00 | 0.00 |
| CITIBANK | Unsecured | 1,188.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 837.04 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 625.00 | 625.15 | 625.15 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 7,083.00 | 7,083.08 | 7,083.08 | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 915.00 | 915.57 | 915.57 | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 4,871.00 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES CREDIT UNION | Secured | 20,234.00 | 20,234.00 | 20,234.00 | 3,323.36 | 150.15 |
| GREAT LAKES CREDIT UNION | Unsecured | 0.00 | 112.80 | 112.80 | 0.00 | 0.00 |
| HAWTHORNE CREDIT UNION | Unsecured | 5,672.00 | 7,881.37 | 7,881.37 | 0.00 | 0.00 |
| HEALTHCARE ASSOC CREDIT UNION | Unsecured | 43,994.00 | 43,994.54 | 43,994.54 | 0.00 | 0.00 |
| HEALTHCARE ASSOC CREDIT UNION | Unsecured | 20,043.00 | 22,042.91 | 22,042.91 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 492.14 | 664.98 | 664.98 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JASON COOK | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| KEY INVESTMENT & MANAGEMENT | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| LAWRENCE DONAGHUE | Unsecured | 550.00 | 455.00 | 455.00 | 0.00 | 0.00 |
| LEASE FINANCE GROUP | Unsecured | 131.58 | NA | NA | 0.00 | 0.00 |
| MOLENHOUSE ENT | Unsecured | 110.29 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 537.20 | 652.63 | 652.63 | 0.00 | 0.00 |
| NPC | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| PHH MORTGAGE CORP | Secured | 18,430.38 | 1,272.34 | 1,272.34 | 1,272.34 | 0.00 |
| PHH MORTGAGE CORP | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,303.00 | 1,303.29 | 1,303.29 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 8,370.00 | 8,370.13 | 8,370.13 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 5,888.00 | 5,888.32 | 5,888.32 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 792.00 | 791.82 | 791.82 | 0.00 | 0.00 |
| ROADRUNNER EXPEDITERS INC | Unsecured | 5,301.26 | NA | NA | 0.00 | 0.00 |
| STEIN & ROTMAN | Unsecured | 1,695.55 | NA | NA | 0.00 | 0.00 |
| THD CBSD | Unsecured | 4,521.00 | NA | NA | 0.00 | 0.00 |
| THE AFFILIATED GROUP | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| TRI STATE ADJUSTMENT | Unsecured | 150.00 | 142.07 | 142.07 | 0.00 | 0.00 |
| TRUEMPER & TITINER LTD | Unsecured | 7,611.18 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 15,375.00 | 17,547.82 | 17,547.82 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 1,841.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 477.00 | 468.80 | 468.80 | 0.00 | 0.00 |
| VERONICA FOODS INC | Unsecured | 9,000.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL INC | Unsecured | 1,310.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,272.34 | $1,272.34 | $0.00 |
| Debt Secured by Vehicle | $20,234.00 | $3,323.36 | $150.15 |
| All Other Secured | $3,870.75 | $267.22 | $0.00 |
| **TOTAL SECURED:** | **$25,377.09** | **$4,862.92** | **$150.15** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$146,287.12** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $1,006.93 |
| Disbursements to Creditors | $5,013.07 |
| **TOTAL DISBURSEMENTS** : | **$6,020.00** |

    12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/31/2013        By: /s/ Glenn Stearns
                                                          Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**